IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID MCALPINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 4:15-cv-00954 |
| | § | |
| THE NORTHWESTERN MUTUAL LIFE | § | |
| INSURANCE COMPANY AND DAVID | § | |
| THORPE, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## DEFENDANT'S INDEX OF STATE COURT MATTERS

Defendant The Northwestern Mutual Life Insurance Company, in connection with the removal of this case to the United States District Court for the Northern District of Texas, Fort Worth Division, files its index of state court matters, pursuant to Local Rule 81, as follows:

| | **State Court Document** | **Date** |
|---|---|---|
| 1. | Civil Docket Sheet | N/A |
| 2. | Plaintiff's Original Petition | 07-27-2015 |
| 3. | Executed Citation – The Northwestern Mutual Life Insurance Company by serving Corporation Service Company | 08-04-2015 |
| 4. | Plaintiff's First Amended Original Petition | 11-20-2015 |
| 5. | Service Request Form | 11-20-2015 |
| 6. | Executed Citation – The Northwestern Mutual Life Insurance Company by serving C. Tait Cruse | 10-23-2015 |

Exhibit B

Respectfully submitted,

By:   /s/ Bill E. Davidoff
      Bill E. Davidoff
      State Bar No. 00790565
      bill.davidoff@figdav.com
      Amber D. Reece
      State Bar No. 24079892
      amber.reece@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL: 214.939.2000
FAX: 214.939.2090

ATTORNEYS FOR DEFENDANT
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY AND DAVID
THORPE

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties who have appeared and registered with CM/ECF.

/s/ Bill E. Davidoff
Bill E. Davidoff

# EXHIBIT "1"



# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

| Civil - Case and Transaction Information | 12/7/15 10:48 AM |
|---|---|

| Cause Number: | 153-279972-15 | Date Filed: 07-27-2015 |
|---|---|---|
| DAVID MCALPINE | | VS | | THE NORTHWESTERN MUTUAL LIFE INSURANCE CO, ET AL |

Cause of Action:    CONTRACT, INSURANCE
Case Status:    PENDING

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 07-27-2015 | PLTF'S ORIG PET | N | | 274.00 | |
| | | I | | | |
| 07-27-2015 | COURT COST (PAID) trans #1 | Y | | | 274.00 |
| 07-27-2015 | COPIES - ELECTRONIC | N | | 1.75 | |
| 07-27-2015 | COURT COST (PAID) trans #3 | Y | | | 1.75 |
| 07-27-2015 | SERVICE FEE, SUBSEQUENT CERTIFIED MAIL | N | Svc | 75.00 | |
| 07-27-2015 | COURT COST (PAID) trans #5 | Y | | | 75.00 |
| 07-27-2015 | CIT-ISSUED ON NORTHWESTERN MUTUAL LIFE INSURANCE-O n 07/28/2015 | N | Svc | 8.00 | |
| 07-27-2015 | COURT COST (PAID) trans #7 | Y | | | 8.00 |
| 07-27-2015 | E-FILE TRANSACTION FEE | N | | 2.00 | |
| 07-27-2015 | COURT COST (PAID) trans #9 | Y | | | 2.00 |
| 08-04-2015 | CIT Tr# 7 RET EXEC(NORTHWESTERN MUTUAL LIFE INSURA NCE CORPORATION) On 07/30/2015 | I | | | 0.00 |
| 11-20-2015 | PLTF'S 1ST AMD PET | I | | | 0.00 |
| 11-20-2015 | CIT REQ | I | | | 0.00 |
| 11-20-2015 | CIT Cert Mail-ISSUED ON NORTHWESTERN MUTUAL LIFE INSURANCE CORPO-On 11/23/2015 | N | Svc | 83.00 | |
| 11-20-2015 | COURT COST (PAID) trans #14 | Y | | | 83.00 |
| 11-20-2015 | E-FILE TRANSACTION FEE | N | | 2.00 | |
| | COURT COST (PAID) trans #16 | Y | | | 2.00 |

| Date | Description | | | |
|------|-------------|---|---|---|
| 11-20-2015 | | | | |
| 11-20-2015 | PLTF'S 1ST AMD ORIG PET | I | | 0.00 |
| 11-20-2015 | COPIES - ELECTRONIC SENT TO DOC PROD | N | 1.75 | |
| 11-20-2015 | COURT COST (PAID) trans #19 | Y | | 1.75 |
| 11-20-2015 | E-FILE TRANSACTION FEE | N | 2.00 | |
| 11-20-2015 | COURT COST (PAID) trans #21 | Y | | 2.00 |
| 12-04-2015 | CIT Cert Mail Tr# 14 RET EXEC(NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION) On 12/01/2015 | I | | 0.00 |

**District Clerk's Office**
Tom Vandergriff Civil Courts Building
100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us
Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster

# EXHIBIT "2"

FILED
TARRANT COUNTY
7/27/2015 3:04:30 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. _153-279972-15_____

| | | |
|---|---|---|
| **DAVID MCALPINE** | § | **IN THE DISTRICT** |
| *Plaintiff* | § | **COURT** |
| | § | |
| | § | |
| **v.** | § | **_____ DISTRICT** |
| | § | |
| **THE NORTHWESTERN** | § | |
| **MUTUAL LIFE** | § | |
| **INSURANCE CO.; AND** | § | **TARRANT COUNTY,** |
| **DAVID THORPE** | § | |
| *Defendants* | § | **TEXAS** |

### <u>PLAINTIFFS' ORIGINAL PETITION</u>

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **DAVID MCALPINE,** hereinafter referred to as Plaintiff, complaining of **THE NORTHWESTERN MUTUAL LIFE INSURANCE CO.** and **DAVID THORPE** , hereinafter referred to as Defendants, and for cause of action, Plaintiff would respectfully show the Court and Jury as follows:

Plaintiff intends for discovery to be conducted under Level III pursuant to Rule 190.1 of the Texas Rules of Civil Procedure.

II.

### <u>SERVICE</u>

1.     Defendant, **NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION** is a Corporation which may be served through its registered agent for service, Corporation Service Company at 211 E. 7th Street, Suite 620, Austin, TX 78701.

2.     Defendant David Thorpe, is a **NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION** employee who is a Texas resident, whose address is currently unknown at

153-279972-15

this time.

## III.

## FACTS

3.      On September 20, 1990, Plaintiff David McAlpine contracted with The Northwestern Mutual Life Insurance Company to provide disability income insurance in the event that he suffered disability and was impaired in his ability to work. Plaintiff will show that all premiums were paid and the policy was and remains in full force and effect.

4.      The policy provides that the "Full Benefit" is payable for "Total Disability" and that the "Proportionate Benefit" is payable for partial disability.

5.      David McAlpine is a Fort Worth OB/GYN who has run a busy practice in Fort Worth for over 25 years. At least as early as August 13, 2013, Plaintiff McAlpine began to experience pain in both hands and suffered extensive osteoarthritis, which eventually led to him being forced to stop taking new obstetrics patients altogether on December 20, 2013. Defendant David Thorpe is a Northwestern Mutual Life Insurance Company employee and investigator who has participated in the denial of Dr. McAlpine's contracted for policy benefits.

6.      At or near the time these original polices were purchased, Dr. McAlpine was concerned about certain policy definitions and requested clarification. A letter written by an associate actuary on behalf of Defendant in 1990 clarified that both obstetrics and gynecology are two separate "occupations" and that the term "Total Disability" is defined as the inability to perform one's "occupation" and that "all occupations will be combined together to be 'his occupation'". Despite the plain language of the 1990 letter and the fact that Dr. McAlpine is unable to perform obstetrics, Defendant has denied paying him his contracted for "Total Disability" payments.

153-279972-15

## IV.

### CAUSE OF ACTION AGAINST DEFENDANTS:
### BREACH OF CONTRACT

7.    Plaintiff, **DAVID MCALPINE** would show that prior to the 15th day of June 2010, the Defendant insurance company, **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,** issued Disability Income policies to **DAVID MCALPINE** , policy number D712825 and D776743, which provided coverage in the event that Plaintiff became totally disabled, the Plaintiff would be paid full benefits at the time of the incident, based on his inability to perform the duties of his occupation".   Said policy was in full force and effect and all premiums paid at all times relevant hereto.  Plaintiff requests recovery at common law and VATS Ins. Code §542. Plaintiff has not been paid under the terms of his contract with Defendant.

8.    Defendant, **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY** is hereby given notice to produce such policy of insurance on the trial of this case.  If necessary, secondary evidence will be introduced by the Plaintiff to prove the existence and terms of the policies.

### CAUSE OF ACTION AGAINST DEFENDANTS:
### BAD FAITH

**a.      Ch. 541 Texas Insurance Code Violations**

Sec. 541.060. UNFAIR SETTLEMENT PRACTICES.
(a)  It is an unfair method of competition or an unfair or deceptive act or practice in the business of insurance to engage in the following unfair settlement practices with respect to a claim by an insured or beneficiary:

(1) misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

(2) failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of:
        (A) a claim with respect to which the insurer's liability has become reasonably clear;

153-279972-15

(3) failing to promptly provide to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4) Failing within a reasonable time to:
  (A) affirm or deny coverage of a claim to a policyholder;  or

(7) refusing to pay a claim without conducting a reasonable investigation with respect to the claim;

(9) requiring a claimant as a condition of settling a claim to produce the claimant's federal income tax returns for examination or investigation by the person unless:
  (A) a court orders the claimant to produce those tax returns;
  (B) the claim involves a fire loss;  or
  (C) the claim involves lost profits or income.

Sec. 541.061. MISREPRESENTATION OF INSURANCE POLICY.
It is an unfair method of competition or an unfair or deceptive act or practice in the business of insurance to misrepresent an insurance policy by:

  (1) making an untrue statement of material fact;
  (2) failing to state a material fact necessary to make other statements made not misleading, considering the circumstances under which the statements were made;
  (3) making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;
  (4)  a material misstatement of law;  or

**b.** **Texas Deceptive Trade Practices Act Violations**

Sec. 17.50. RELIEF FOR CONSUMERS.  (a)  A consumer may maintain an action where any of the following constitute a producing cause of economic damages or damages for mental anguish:

(4) the use or employment by any person of an act or practice in violation of Chapter 541, Insurance Code

**VI.**
**DAMAGES**

9. As a proximate result of the conduct as above described, Plaintiff, **DAVID MCALPINE**

sustained personal injuries, all of which have caused him in the past, and will cause him in the

future, contracted for "Total Disability" benefits, mental anguish, and lost wages, for which he

153-279972-15

should be compensated in accordance with the laws of the State of Texas. Specifically, because these actions were committed knowingly and intentionally, Plaintiff is entitled to three times the economic damages, mental anguish damages, and necessary court cost's and attorney's fees under 17.50(b) of the Texas Business and Commerce Code. Plaintiff will further show that she is entitled to Attorney's Fees Pursuant to Tex. Civ. Prac. & Rem. Code Ann. § 38.001(8) (Vernon 2008).

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff have judgment against Defendant for all damages to which they are entitled under the laws of the State of Texas, which amount exceeds the minimum jurisdictional limit of this Court; for pre-judgment interest in accordance with the law; for interest on the judgment; cost of suit; and for such other and further relief, either at law or in equity, to which Plaintiffs may be entitled.

Respectfully submitted,

By:

Phillip Baldwin Jr.
Texas Bar No. 01629200
4412 Rosewood
Marshall, Texas 75672
Mailing Address
P. O. Box 1948
Marshall, Texas 75671-1948
Tel. (903) 926-1095
Fax. (210) 568-6959
Email: pbbjr@msn.com
Attorney for Plaintiffs

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* _____ |COURT *(FOR CLERK USE ONLY):* _____

STYLED: David McAlpine v Northwestern Mutual Life Insurance Corporation and David Thorp
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| | | Names of parties in case: | Person or entity completing case information sheet is: |
|---|---|---|---|
| Name:<br>Phillip Baldwin Jr. | Email:<br>pbbjr@msn.com | Plaintiff(s)/Petitioner(s):<br><br>Dr. David McAlpine | ☐Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address:<br>P. O. Box 1948 | Telephone:<br>(903) 926-1095 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Marshall Texas 75671-1948 | Fax:<br>(210) 568-6959 | Defendant(s)/Respondent(s):<br><br>Northwestern Mutual Life<br>Insurance Corporation<br>and<br>David Thorpe | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature: *[signature]* | State Bar No: 01629200 | *[Attach additional page as necessary to list all parties]* | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br>   Liability: | ☐Eminent Domain/<br>   Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other |
| *Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>X Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>   List Product:<br><br>☐Other Injury or Damage: | **Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>   Pre-indictment<br>☐Other: | **Other Family Law**<br>☐Enforce Foreign<br>   Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>   of Minority<br>☐Other: | **Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>   Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>   Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>   Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |
| **Tax** | **Probate & Mental Health** | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | | |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | X Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

## 4. Indicate damages sought (do not select if it is a family law case):

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
x Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY E-FILING SERVICE REQUEST FORM
* This document MUST be filed as a **LEAD DOCUMENT REQUEST** for E-Filing.

153-279972-15

**Cause No:** _____

**Style of Case:** _____

_____

Please reference the Distict Clerk web page, **www.tarrantcounty.com/eDistrictClerk** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.**

☐ **Check box if you would like the District Clerk's Office to make copies for your service.** (add $.35 per page per pleading for copies for service)

| Quantity | Type of Service | TC Constable | Alternatvie Service (Private Process or Out of County) | Certified Mail |
|---|---|---|---|---|
| | Citation by Publication | | | |
| | Citation by Posting | | | |
| | Citation | | | |
| | TRO | | | |
| | Show Cause | | | |
| | Capias | | | |
| | Arrest Warrant | | | |
| | Protective Order | | | |
| | Writ of Habeas | | | |
| | Writ of Attachment | | | |
| | Bench Warrant | | | |
| | Writ of Garnishment | | | |
| | Writ of Permanent Injunction | | | |
| | Writ of Temporary Injunction | | | |
| | | | | |
| | | | | |
| | | | | |

Name of Party to be served: _____ Service Type _____
Address for Service: _____ Party Type _____

Name of Party to be served: _____ Service Type: _____
Address for Service: _____ Party Type: _____

Name of Party to be served: _____ Service Type: _____
Address for Service: _____ Party Type: _____

**Attach additional pages if there are more parties to be served.**

**ATTORNEY(OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: _____ TEXAS BAR NO./ID NO. _____
MAILING ADDRESS: _____
PHONE NO: _____ FAX NO.: _____

EMAIL ADDRESS: _____

REVISED 12/20/13

# EXHIBIT "3"

Cause Number 153-279972-15

DAVID MCALPINE                                    THE NORTHWESTERN MUTUAL LIFE
                                        VS          INSURANCE CO, ET AL


## OFFICER'S RETURN

Received   this   Citation_____ on   the 28th day of July, 2015      at 11:54 AM; and   executed   at

B/S CORPORATION SERVICE COMPANY REG AGENT 211 E 7TH ST STE 620 AUSTIN TX 78701


within the county of _____ State of TX on the  30th day of July, 2015      by  mailing  to

the within named  NORTHWESTERN MUTUAL LIFE INSURANCE CORPO  a true copy of this   Citation

together with the accompanying copy of:

PLAINTIFF'S ORIGINAL PETITION



Authorized Person/Constable/Sheriff: Thomas A. Wilder

                                     100 N CALHOUN

                                     FORT WORTH TX 76196-0402

        County of Tarrant, State of Texas

        By   Deputy

Fees $   0.00              MARINELL JOYNER


(Must be verified if served outside the State of Texas)

State of _____  County of _____

Signed and sworn to by the said _____ before me this _____

to certify which witness my hand and seal of office


(Seal)                     _____

                           County of Tarrant, State of Texas

*15327997215000007*

SERVICE FEES NOT COLLECTED

BY TARRANT COUNTY DISTRICT CLERK

FILED
TARRANT COUNTY

2015 AUG -4  PM 4: 23

THOMAS A. WILDER
DISTRICT CLERK

THE STATE OF TEXAS                                    ORIGINAL
DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 153-279972-15*

DAVID MCALPINE
VS.
THE NORTHWESTERN MUTUAL LIFE INSURANCE CO, ET AL

## TO: NORTHWESTERN MUTUAL LIFE INSURANCE

CORPORATION                 B/S CORPORATION SERVICE COMPANY REG AGENT 211 E 7TH ST STE 620 AUSTIN, TX
                            78701- US

You said DEFENDANT are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION
at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 153rd District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

DAVID MCALPINE

Filed in said Court on July 27th, 2015 Against
NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION, DAVID THORPE

For suit, said suit being numbered 153-279972-15 the nature of which demand is as shown on said
PLAINTIFFS' ORIGINAL PETITION  a copy of which accompanies this citation.

PHILLIP BALDWIN, JR
Attorney for DAVID MCALPINE Phone No. (903)926-1095
Address     4412 ROSEWOOD MARSHALL, TX 75672

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 28th day of July, 2015.

By _____ Deputy
KIMBERLY KRUMLAND

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of PLAINTIFFS' ORIGINAL PETITION
, having first endorsed on same the date of delivery.


Authorized Person/Constable/Sheriff: _____
     County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                    _____
                     County of _____, State of _____

## CITATION

Cause No. 153-279972-15

DAVID MCALPINE

VS.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE CO, ET AL

ISSUED

This 28th day of July, 2015

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      KIMBERLY KRUMLAND Deputy

PHILLIP BALDWIN, JR
Attorney for: DAVID MCALPINE
Phone No. (903)926-1095
ADDRESS: 4412 ROSEWOOD

MARSHALL, TX 75672

## CIVIL LAW



\*15327997215000007\*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

JUL 28 2015
Postmark
Here
FT. WORTH TX

Sent To    153-279972-15 CM
NORTHWESTERN MUTUAL LIFE INSURANCE
CORPORATION
Street & Apt.    B/S CORPORATION SERVICE CO REG AG
or PO Box    211 E 7TH ST STE 620
City, State    AUSTIN, TX 78701

PS Form 3800

FILED
TARRANT COUNTY
2015 AUG -4 PM 4: 20
THOMAS A WILDER
DISTRICT CLERK

# EXHIBIT "4"

153-279972-15

FILED
TARRANT COUNTY
11/20/2015 2:30:42 PM
THOMAS A. WILDER
DISTRICT CLERK

## CAUSE NO. 153-279972-15

| | | |
|---|---|---|
| DAVID MCALPINE | § | IN THE DISTRICT |
| *Plaintiff* | § | COURT |
| | § | |
| | § | |
| v. | § | ____ DISTRICT |
| | § | |
| THE NORTHWESTERN | § | |
| MUTUAL LIFE | § | |
| INSURANCE CO.; AND | § | TARRANT COUNTY, |
| DAVID THORPE | § | |
| *Defendants* | § | TEXAS |

## PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **DAVID MCALPINE,** hereinafter referred to as Plaintiff, complaining of

**THE NORTHWESTERN MUTUAL LIFE INSURANCE CO.** and **DAVID THORPE** ,

hereinafter referred to as Defendants, and for cause of action, Plaintiff would respectfully show the

Court and Jury as follows:

Plaintiff intends for discovery to be conducted under Level III pursuant to Rule 190.1 of the

Texas Rules of Civil Procedure.

II.

## SERVICE

1.      Defendant, **NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION** is

a Corporation which may be served through its Attorney for service, as registered at the Texas

Department of Insurance:

> C Tait Cruse
>
> 5420 Lyndon B Johnson Fwy Suite 1300
>
> Two Lincoln Centre
>
> Dallas TX 75240-6299

153-279972-15

2.      Defendant David Thorpe, is a **NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION** employee who is a Texas resident, whose address is currently unknown at this time.

### III.

### FACTS

3.      On September 20, 1990, Plaintiff David McAlpine contracted with The Northwestern Mutual Life Insurance Company to provide disability income insurance in the event that he suffered disability and was impaired in his ability to work. Plaintiff will show that all premiums were paid and the policy was and remains in full force and effect.

4.      The policy provides that the "Full Benefit" is payable for "Total Disability" and that the "Proportionate Benefit" is payable for partial disability.

5.      David McAlpine is a Fort Worth OB/GYN who has run a busy practice in Fort Worth for over 25 years. At least as early as August 13, 2013, Plaintiff McAlpine began to experience pain in both hands and suffered extensive osteoarthritis, which eventually led to him being forced to stop taking new obstetrics patients altogether on December 20, 2013. Defendant David Thorpe is a Northwestern Mutual Life Insurance Company employee and investigator who has participated in the denial of Dr. McAlpine's contracted for policy benefits.

6.      At or near the time these original polices were purchased, Dr. McAlpine was concerned about certain policy definitions and requested clarification. A letter written by an associate actuary on behalf of Defendant in 1990 clarified that both obstetrics and gynecology are two separate "occupations" and that the term "Total Disability" is defined as the inability to perform one's "occupation" and that "all occupations will be combined together to be 'his occupation'". Despite the plain language of the 1990 letter and the fact that Dr. McAlpine is unable to perform

153-279972-15

obstetrics, Defendant has denied paying him his contracted for "Total Disability" payments.

## IV.

### CAUSE OF ACTION AGAINST DEFENDANTS:
### BREACH OF CONTRACT

7.    Plaintiff, **DAVID MCALPINE** would show that prior to the 15th day of June 2010, the

Defendant insurance company, **THE NORTHWESTERN MUTUAL LIFE INSURANCE**

**COMPANY,** issued Disability Income policies to **DAVID MCALPINE** , policy number D712825

and D776743, which provided coverage in the event that Plaintiff became totally disabled, the

Plaintiff would be paid full benefits at the time of the incident, based on his inability to perform the

duties of his occupation".   Said policy was in full force and effect and all premiums paid at all times

relevant hereto.  Plaintiff requests recovery at common law and VATS Ins. Code §542. Plaintiff has

not been paid under the terms of his contract with Defendant.

8.    Defendant, **THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY** is

hereby given notice to produce such policy of insurance on the trial of this case.  If necessary,

secondary evidence will be introduced by the Plaintiff to prove the existence and terms of the

policies.

### CAUSE OF ACTION AGAINST DEFENDANTS:
### BAD FAITH

a.    **Ch. 541 Texas Insurance Code Violations**

Sec. 541.060. UNFAIR SETTLEMENT PRACTICES.
(a) It is an unfair method of competition or an unfair or deceptive act or practice in the business
of insurance to engage in the following unfair settlement practices with respect to a claim by an
insured or beneficiary:

(1) misrepresenting to a claimant a material fact or policy provision relating to coverage at issue;

153-279972-15

(2) failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of:
      (A) a claim with respect to which the insurer's liability has become reasonably clear;

(3) failing to promptly provide to a policyholder a reasonable explanation of the basis in the policy, in relation to the facts or applicable law, for the insurer's denial of a claim or offer of a compromise settlement of a claim;

(4) Failing within a reasonable time to:
      (A) affirm or deny coverage of a claim to a policyholder;  or

(7) refusing to pay a claim without conducting a reasonable investigation with respect to the claim;

(9) requiring a claimant as a condition of settling a claim to produce the claimant's federal income tax returns for examination or investigation by the person unless:
      (A)      a court orders the claimant to produce those tax returns;
      (B)      the claim involves a fire loss;  or
      (C)      the claim involves lost profits or income.

Sec. 541.061. MISREPRESENTATION OF INSURANCE POLICY.
It is an unfair method of competition or an unfair or deceptive act or practice in the business of insurance to misrepresent an insurance policy by:

      (1)      making an untrue statement of material fact;
      (2)      failing to state a material fact necessary to make other statements made not misleading, considering the circumstances under which the statements were made;
      (3)      making a statement in a manner that would mislead a reasonably prudent person to a false conclusion of a material fact;
      (4)       a material misstatement of law;  or

**b.**      **Texas Deceptive Trade Practices Act Violations**

Sec. 17.50. RELIEF FOR CONSUMERS.  (a) A consumer may maintain an action where any of the following constitute a producing cause of economic damages or damages for mental anguish:

(4) the use or employment by any person of an act or practice in violation of Chapter 541, Insurance Code

## VI.
## DAMAGES

9.      As a proximate result of the conduct as above described, Plaintiff, **DAVID MCALPINE**

sustained personal injuries, all of which have caused him in the past, and will cause him in the

153-279972-15

future, contracted for "Total Disability" benefits, mental anguish, and lost wages, for which he should be compensated in accordance with the laws of the State of Texas. Specifically, because these actions were committed knowingly and intentionally, Plaintiff is entitled to three times the economic damages, mental anguish damages, and necessary court cost's and attorney's fees under 17.50(b) of the Texas Business and Commerce Code. Plaintiff will further show that she is entitled to Attorney's Fees Pursuant to Tex. Civ. Prac. & Rem. Code Ann. § 38.001(8) (Vernon 2008).

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendant be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff have judgment against Defendant for all damages to which they are entitled under the laws of the State of Texas, which amount exceeds the minimum jurisdictional limit of this Court; for pre-judgment interest in accordance with the law; for interest on the judgment; cost of suit; and for such other and further relief, either at law or in equity, to which Plaintiffs may be entitled.

Respectfully submitted,

By: _____
Phillip Baldwin Jr.
Texas Bar No. 01629200
4412 Rosewood
Marshall, Texas 75672
Mailing Address
P. O. Box 1948
Marshall, Texas 75671-1948
Tel. (903) 926-1095
Fax. (210) 568-6959
Email: pbbjr@msn.com
Attorney for Plaintiffs

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

153-279972-15

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY E-FILING SERVICE REQUEST FORM
* This document MUST be filed as a **LEAD DOCUMENT REQUEST** for E-Filing.

**Cause No:** _____

**Style of Case:** _____
_____

Please reference the Distict Clerk web page, **www.tarrantcounty.com/eDistrictClerk** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.**

☐ **Check box if you would like the District Clerk's Office to make copies for your service.** (add $.35 per page per pleading for copies for service)

| Quantity | Type of Service | TC Constable | Alternatvie Service (Private Process or Out of County) | Certified Mail |
|---|---|---|---|---|
| | Citation by Publication | | | |
| | Citation by Posting | | | |
| | Citation | | | |
| | TRO | | | |
| | Show Cause | | | |
| | Capias | | | |
| | Arrest Warrant | | | |
| | Protective Order | | | |
| | Writ of Habeas | | | |
| | Writ of Attachment | | | |
| | Bench Warrant | | | |
| | Writ of Garnishment | | | |
| | Writ of Permanent Injunction | | | |
| | Writ of Temporary Injunction | | | |
| | | | | |
| | | | | |
| | | | | |

Name of Party to be served: _____ Service Type _____
Address for Service: _____ Party Type _____

Name of Party to be served: _____ Service Type: _____
Address for Service: _____ Party Type: _____

Name of Party to be served: _____ Service Type: _____
Address for Service: _____ Party Type: _____

**Attach additional pages if there are more parties to be served.**

**ATTORNEY(OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: _____
TEXAS BAR NO./ID NO. _____
MAILING ADDRESS: _____
PHONE NO: _____ FAX NO.: _____

EMAIL ADDRESS: _____

REVISED 12/20/13

# EXHIBIT "5"

153-279972-15

FILED
TARRANT COUNTY
11/20/2015 4:08:17 PM
THOMAS A. WILDER
DISTRICT CLERK

# THOMAS A. WILDER, DISTRICT CLERK

## TARRANT COUNTY E-FILING SERVICE REQUEST FORM

\* This document MUST be filed as a **LEAD DOCUMENT REQUEST** for E-Filing.

**Cause No:** _____

**Style of Case:** _____
_____

Please reference the Distict Clerk web page, **www.tarrantcounty.com/eDistrictClerk** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.**

[  ] **Check box if you would like the District Clerk's Office to make coples for your service.** (add $.35 per page per pleading for copies for service)

| Quantity | Type of Service | TC Constable | Alternatvie Service (Private Process or Out of County) | Certified Mail |
|---|---|---|---|---|
| | Citation by Publication | | | |
| | Citation by Posting | | | |
| | Citation | | | |
| | TRO | | | |
| | Show Cause | | | |
| | Capias | | | |
| | Arrest Warrant | | | |
| | Protective Order | | | |
| | Writ of Habeas | | | |
| | Writ of Attachment | | | |
| | Bench Warrant | | | |
| | Writ of Garnishment | | | |
| | Writ of Permanent Injunction | | | |
| | Writ of Temporary Injunction | | | |
| | | | | |
| | | | | |
| | | | | |

Name of Party to be served: _____   Service Type _____
Address for Service: _____   Party Type _____

Name of Party to be served: _____   Service Type: _____
Address for Service: _____   Party Type: _____

Name of Party to be served: _____   Service Type: _____
Address for Service: _____   Party Type: _____

**Attach additional pages if there are more parties to be served.**

**ATTORNEY(OR ATTORNEY'S AGENT) REQUESTING SERVICE:**
NAME: _____   TEXAS BAR NO./ID NO. _____
MAILING ADDRESS: _____
PHONE NO: _____   FAX NO.: _____

EMAIL ADDRESS: _____

REVISED 12/20/13

# EXHIBIT "6"

Cause Number 153-279972-15

DAVID MCALPINE                                    THE NORTHWESTERN MUTUAL LIFE
                                    VS              INSURANCE CO, ET AL


OFFICER'S RETURN

Received   this   Citation By Certified Mail   on  the 23rd day of November, 2015  at 11:28 AM; and  executed  at

B/S C TAIT CRUSE/ATTORNEY FOR SERVICE 5420 LYNDON B JOHNSON FW STE 1300 DALLAS TX 75240 6299

within the county of _____ State of TX on the 1st day of December, 2015  by  mailing  to

the within named  NORTHWESTERN MUTUAL LIFE INSURANCE CORPO  a true copy of this  Citation By Certified Mail

together with the accompanying copy of:

PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION


Authorized Person/Constable/Sheriff: Thomas A. Wilder
                                      100 N CALHOUN
                                      FORT WORTH TX 76196-0402

County of Tarrant, State of Texas

By  Deputy

Fees $  75.00              LISA LETBETTER


(Must be verified if served outside the State of Texas)

State of _____ County of _____

Signed and sworn to by the said _____ before me this _____

to certify which witness my hand and seal of office


(Seal)                    _____

                          County of Tarrant, State of Texas

FILED
TARRANT COUNTY
2015 DEC -4  PM 3: 15
THOMAS A. WILDER
DISTRICT CLERK


*15327997215000014*

FILED
TARRANT COUNTY

2015 DEC -4  PM 3: 15

THOMAS A. WILDER
DISTRICT CLERK

## THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 153-279972-15*

### DAVID MCALPINE

#### VS.

### THE NORTHWESTERN MUTUAL LIFE INSURANCE CO, ET AL

### TO: NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION

B/S C TAIT CRUSE/ATTORNEY FOR SERVICE 5420 LYNDON B JOHNSON FW STE 1300 DALL
TX 75240-6299

You said DEFENDANTS are hereby commanded to appear by filing a written answer to the PLAINTIFFS' FIRST AMENDED ORIGINAL
PETITION at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service
hereof before the 153rd District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth,
Tarrant County, Texas said PLAINTIFF being

DAVID MCALPINE

Filed in said Court on  November 20th, 2015 Against
NORTHWESTERN MUTUAL LIFE INSURANCE CORPORATION, DAVID THORPE

For suit, said suit being numbered 153-279972-15 the nature of which demand is as shown on said
PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION  a copy of which accompanies this citation.

### PHILLIP BALDWIN, JR
Attorney for DAVID MCALPINE Phone No. (903)926-1095
Address    4412 ROSEWOOD CIRCLE MARSHALL, TX 75672

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 3rd day of November, 2015.

By _____ Deputy
LISA LETBETTER

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.
### Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of PLAINTIFFS' FIRST AMENDED ORIGINAL PETITION  having
first endorsed on same the date of delivery.

Deputy/Constable/Sheriff: _____
County of _____ State of _____   By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                          _____
                              County of _____, State of _____

7014 3490 0000 3300 7443

## U.S. Postal Service
## CERTIFIED MAIL RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

**OFFICIAL**

| | |
|---|---|
| Postage | $ 1.20 |
| Certified Fee | 3.45 |
| Return Receipt Fee (Endorsement Required) | 2.80 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.45 |

Postmark
NOV 23 2015

Sent To
NORTHWESTERN MUTUAL LIFE INS. CORP
B/S C TAIT CRUSE/ATTY FOR SERVICE

Street or PO
5420 LYNDON B JOHNSON FWY STE 1300

City, State, ZIP+4
DALLAS TX 75240-6299

153-279972-15 DP/LL/CM

7014 3490 0000 3300 7443

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NORTHWESTERN MUTUAL LIFE INS. CORP
B/S C TAIT CRUSE/ATTY FOR SERVICE
5420 LYNDON B JOHNSON FWY STE 1300
DALLAS TX 75240-6299

153-279972-15 DP/LL/CM

9590 9401 0019 5168 0363 32

2. Article Number (Transfer from service label)

7014 3490 0000 3300 7443

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kate Arden_          ☐ Agent   ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
_Kate Arden_          12-1-15

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

FILED
TARRANT COUNTY
2015 DEC -4 PM 3: 15
THOMAS A. WILDER
DISTRICT CLERK

---

*CITATION*

Cause No. 153-279972-15

DAVID MCALPINE

VS.

THE NORTHWESTERN MUTUAL LIFE
INSURANCE CO, ET AL

ISSUED

This 23rd day of November, 2015

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By          LISA LETBETTER Deputy

PHILLIP BALDWIN, JR
Attorney for: DAVID MCALPINE
Phone No. (903)926-1095
ADDRESS: 4412 ROSEWOOD CIRCLE

MARSHALL, TX 75672

*CIVIL LAW*



*15327997215000014 *