IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DAVID MCALPINE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 4:15-cv-00954-Y |
| | § | |
| THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY AND DAVID THORPE, | § § § | |
| | § | |
| Defendants. | § | |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF DEFENDANT THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT**

Defendant The Northwestern Mutual Life Insurance Company files this Supplemental Appendix in Support of its Motion for Summary Judgment and Brief in Support, which contains copies of the following non-published opinions that were listed in, but complete copies of which were inadvertently omitted from, the electronically-filed version of its appendix submitted on July 3, 2017 (Dkt. 22):

| **EXHIBIT** | **DESCRIPTION** | **APP. PAGE NOS.** |
|---|---|---|
| D | *Hansen v. Northwestern Mutual* | |
| E | *In re Davenport* | |
| F | *Northwestern Mutual v. Stein* | |

Respectfully submitted,

By:*/s/ Amber D. Reece*

Bill E. Davidoff
State Bar No. 00790565
bill.davidoff@figdav.com
Amber D. Reece
State Bar No. 24079892
amber.reece@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, TX 75202
TEL: 214.939.2000
FAX: 214.939.2090

ATTORNEYS FOR DEFENDANT
THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that all attorneys deemed to accept service of the above-referenced document electronically will be notified via the Court's CM/ECF system, and all others will be notified via certified mail, return receipt requested, on the 5th day of July, 2017.

*/s/ Amber D. Reece*
Amber D. Reece