```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF TEXAS
                   FORT WORTH DIVISION
```

| | |
|---|---|
| DAVID MCALPINE | § |
| | § |
| V. | § CIVIL ACTION NO. 4:15-CV-954-Y |
| | § |
| THE NORTHWESTERN MUTUAL LIFE | § |
| INSURANCE COMPANY AND | § |
| DAVID THORPE | § |

## **FINAL JUDGMENT**

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling. All costs of Court under 28 U.S.C. § 1920 shall be borne by Plaintiff.

SIGNED February 22, 2018.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE